UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WALTER JOHNSON

CIVIL ACTION

VERSUS

NO. 19-412-JWD-EWD

JESSIE LeBLANC, ET AL.

## RULING

On or about June 21, 2019, the *pro se* Plaintiff, a person confined at the Ascension Parish Prison, Donaldsonville, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1] Pursuant to correspondence dated June 27, 2019, the court directed Plaintiff to submit a new Complaint on an approved form and either submit a Motion to Proceed *in Forma Pauperis* or pay the full filing fee.[2] The correspondence advised Plaintiff he must correct the deficiencies within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[3]

A review of the record by the Court reflects that, despite notice, Plaintiff has failed to respond to the Court's directives. As such, Plaintiff's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Doc. 2.

**IT IS HEREBY ORDERED** that the above-captioned proceeding be **DISMISSED WITHOUT PREJUDICE.** Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 9, 2019.

---

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA